**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLIFFORD E. CARPENTER,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 8:04-cv-2337-T-30TBM**

**ASSURITY LIFE INSURANCE CO.,**

    **Defendant.**
_____/

**O R D E R**

In compliance with the court's Order of November 1. 2005, Assurity Life Insurance Company (hereinafter "Assurity") has submitted a copy of its Amended Privilege Log and the documents referenced therein for the court's *in camera* review. By the Amended Privilege Log, Assurity claims attorney/client or work product privilege, or both, as to each of the documents. The court has reviewed each of the documents and with one exception, they all appear to be interoffice memorandum reflecting on requests by Sam Kruse for advice from Assurity's in-house counsel. While it does not readily appear that the work product doctrine would apply, it does appear that, with one exception, the communications in these memorandum are protected by the attorney/client privilege and need not be revealed. However, the handwritten note identified by Bates #AL200340, dated October 11, 2004, does not offer sufficient indicia of an attorney/client communication and should be disclosed.

The Clerk is directed to file the Amended Privilege Log along with the attached documents and the cover letter in a sealed file.

**Done and Ordered** in Tampa, Florida this 3rd day of November 2005.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record