# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CLIFFORD E. CARPENTER,**

    Plaintiff,

v.                                                                      Case No.  8:04-cv-2337-T-30TBM

**ASSURITY LIFE INSURANCE COMPANY,**

    Defendant.
_____/

## **ORDER OF DISMISSAL**

      The Court has been advised via a Mediation Report (Dkt. #43) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on December 7, 2005.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-2337.dismissal.wpd